**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Danny Allen

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC,<br><br>Defendant. | Case No.: 3:20-cv-02252-AJB-LL<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

//
//
//
//
//
//
//
//

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff DANNY ALLEN ("Plaintiff") and Defendant LVNV FUNDING, LLC ("Defendant" or "LVNV") hereby jointly submit this motion for dismissal of this action in its entirety without prejudice with each party to bear their own attorney's fees and costs.

Dated: April 15, 2021

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: __/s/ Mona Amini_____

Mona Amini, Esq.
Attorneys For Plaintiff

Dated: April 15, 2021

**Gordon Rees Scully Mansukhani**

By: __/s/ Sean P. Flynn_____

Sean P. Flynn, Esq.
Attorneys For Defendant

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained Defendant's counsel's authorization to affix his electronic signature to this document.

Dated: April 15, 2021

**KAZEROUNI LAW GROUP, APC**

By: __/s/ Mona Amini_____

Mona Amini, Esq.
Attorneys For Plaintiff

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On April 16, 2021, I served the within document(s):

- **JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**

   ☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 16, 2021, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.