# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALLEN, individually and on behalf of all others similarly situated, | Case No.: 3:20-cv-02252-AJB-LL |
| Plaintiff, | **ORDER RE: JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| vs. | |
| LVNV FUNDING, LLC, | |
| Defendant. | |

Having received the parties' Joint Motion for Dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  April 21, 2021

Hon. Anthony J. Battaglia
United States District Judge